UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20cr107

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | ORDER |
| ) | |
| TYQUIS SYJUAN JENKINS ) | |

This matter is before the Court on its own Motion to administratively close the case as to **TYQUIS SYJUAN JENKINS**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

**It is therefore, ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: April 16, 2021

Max O. Cogburn Jr
United States District Judge